KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

RECEIVED AND FILED
2015 JUN 26 AM 9 47
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:
JAMES ERNEST HUNT
PATRICIA ANN HUNT
7933 QUAIL BREAST LN
LAS VEGAS, NV 89131

CASE NO: BKS-09-29998-LED
CHAPTER 13

NOTICE OF UNCLAIMED FUNDS

TO:   Clerk, United States Bankruptcy Court
From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| 18 | HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOMESTAR 2004-5 EVERHOME MORTGAGE COMPANY 8100 NATIONS WAY JACKSONVILLE, FL 32256 | $0.00 | $3,075.97 |

Total: $3,075.97

**Kathleen A. Leavitt**

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: June 26, 2015

CC: JAMES ERNEST HUNT AND PATRICIA ANN HUNT
    AARON & PATERNOSTER

NOTE:   Claims that are $25.00 or less go into CAS106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.

# 222604   $ 3075.97